**IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| SUSAN AND ROBERT FOSTER, husband and wife, <br><br> Plaintiffs, <br><br> v. <br><br> EXPERIAN CORPORATION; EQUIFAX CORPORATION; TRANS UNION, LLC; DELL FINANCIAL SERVICES, L.P. <br><br> Defendants. | NO: CO7-5090RBL <br><br> ORDER DISMISSING DELL FINANCIAL SERVICES |

**ORDER TO DISMISS WITH PREJUDICE
DEFENDANT DELL FINANCIAL SERVICES**

      This Motion being heard pursuant to the Notice of Plaintiffs' Voluntary Dismissal with Prejudice of Defendant Dell Financial Services, L.P., the Court being fully advised,

ORDER 1

1
2
3
4
5 **IT IS HEREBY ORDERED THAT:**

6 **Pursuant to the Plaintiffs' Motion to Voluntarily Dismiss with Prejudice Dell Financial**

7 **Services, L.P., Defendant Dell Financial Services, L.P. is dismissed as a party to this action**

8 **and all claims against Defendant Dell Financial Services, L.P. are dismissed with prejudice,**

9 **all parties to bear their own costs and fees.**

10        DATED this 30th day of May, 2007.

11
12
13                              _____
                                RONALD B. LEIGHTON
14                              UNITED STATES DISTRICT JUDGE

Presented by
15 METZ LAW GROUP, PLLC
   /s/*Matthew N. Metz*
16 By:  Matthew N. Metz, WSBA #25050

17 Attorney for Robert and Susan Foster

18
19
20
21
22
23

ORDER 2